**Order filed October 20, 2011.**



**In The**

# Fourteenth Court of Appeals

—————————

## NO. 14-10-00882-CR

—————————

**DAMON DESHON MILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1192156**

---

## CONTINUING ABATEMENT ORDER

Appellant is represented by appointed counsel, **Wilford Anderson**. Appellant's brief was originally due December 13, 2010. No brief was filed. On December 20, 2010, notice was sent the brief was past due. On December 30, 2010, counsel filed a motion to extend time to file appellant's brief. The motion was granted until January 31, 2010.

On January 31, 2011, time to file appellant's brief expired without a brief and no motion for extension of time was filed. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on February 11, 2011, that no brief had been received. No response was received.

On March 3, 2011, we abated this appeal and ordered the trial court to conduct a hearing on the reason for the failure to file a brief. On March 22, 2011, a record of a

hearing conducted March 18, 2011, was filed in this court. The record reflects **Wilford Anderson** informed the trial court that appellant's brief would be filed in 30 days. The appeal was reinstated and appellant's brief set due on April 18, 2011. No brief was filed.

On April 28, 2011, notice was sent the brief was past due. No response was received. We again abated this appeal and ordered the trial court to conduct a hearing on the reason for the failure to file a brief. On June 10, 2011, a record of a hearing conducted June 10, 2011, was filed in this court. The record reflects **Wilford Anderson** did not appear. Appellant stated his desire to pursue his appeal and reaffirmed his indigency. The trial court stated, on the record, "Well, I'll talk to him about that when he comes in. He's not in town right now. As soon as he comes back, I will talk to him about it."

No supplemental clerk's record containing the trial court's findings was filed and no brief was filed. On August 11, 2011, we again ordered the trial court to conduct a hearing on the reason for the failure to file a brief. On September 22, 2011, a hearing record was filed and on September 26, 2011, a supplemental clerk's record was filed. The records reflect **Wilford Anderson** again promised the trial court to file a brief in this appeal, by October 1, 2011. Once again, no brief has been filed. As of this date, appellant's brief is **ten (10) months past due and Wilford Anderson** has submitted no brief.

Accordingly, we order **Wilford Anderson** to file a brief with the clerk of this Court on or before **November 9, 2011**. If **Wilford Anderson** does not timely file the brief as ordered, the Court will issue a show cause order directing him to appear before this Court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish.

2